IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OZBURN-HESSEY LOGISTICS, LLC, )
in its capacity as Administrator of the )
Ozburn-Hessey Logistics, LLC Health )
Benefit Plan, )
)
    Plaintiff, ) CASE NO. 3:10-0228
) JUDGE HAYNES
v. )
)
EDEN SURGICAL CENTER, a California )
Medical Corporation, )
)
    Defendant. )

## O R D E R

Upon the stipulation of dismissal (Docket Entry No. 41) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED with prejudice**.

Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___3rd___ day of ~~December~~ January, 2011 ~~2010~~.

                                       WILLIAM J. HAYNES, JR.
                                       United States District Judge